UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:06-M-47-1BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | ORDER FOR DISMISSAL |
| MARC CARLTON JESSUP | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the misdemeanor criminal information against the above-captioned Defendant, there having been a state prosecution on the same offense conduct. 07 CR 050397.

This the 29th day of October, 2007.

                              GEORGE E.B. HOLDING
                              United States Attorney

                              BY: /s/ Barbara D. Kocher
                                  BARBARA D. KOCHER
                                  Assistant United States Attorney
                                  Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal this _19_ day of April, ~~2007~~ 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE